# EXHIBIT B

## DECLARATION OF GREY BURNETT

I, GREY BURNETT, hereby declare under penalty of perjury as follows:

1. I am over 21 years of age and fully able and competent to testify to the matters set forth in this declaration. I have personal knowledge of the following facts by virtue of my employment with Pathfinder Software, LLC d/b/a CenterEdge Software ("Pathfinder").

2. I am currently employed by Pathfinder as Chief Financial Officer.

3. Pathfinder's registered agent received a copy of the Complaint by US Mail on December 11, 2019.

4. Pathfinder is a North Carolina limited liability company with its principal place of business in Durham, North Carolina.

5. All members of Pathfinder are either North Carolina residents or trusts whose grantors and beneficiaries are all North Carolina residents.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.
Dated this 10th day of January, 2020.

*/s/ Grey Burnett*