UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MADISYN STAUFFER, ) <br> on behalf of herself and all others similarly ) <br> situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INNOVATIVE HEIGHTS FAIRVIEW ) <br> HEIGHTS, LLC, PATHFINDER SOFTWARE, ) <br> LLC, d/b/a CENTEREDGE SOFTWARE, LLC; ) <br> and SKY ZONE FRANCHISE GROUP, LLC, ) <br> ) <br> Defendants. ) | Cause No. 3:20-cv-00046-MAB |

**NOTICE OF SETTLEMENT WITH DEFENDANT PATHFINDER SOFTWARE, LLC**

Plaintiff Madisyn Stauffer and Defendant Pathfinder Software, LLC d/b/a CenterEdge Software, LLC ("CenterEdge"), through their respective undersigned counsel, hereby notify the Court that they have reached a settlement agreement to resolve all claims brought against CenterEdge by Plaintiff and a proposed CenterEdge Settlement Class. The parties are currently in the process of drafting a complete written settlement agreement and related documents, including a motion for approval of a class settlement, which the parties will file with the Court as part of the court-approval process required by Rule 23. Nothing in this settlement shall be intended or construed to settle or compromise any claims by Plaintiff or the remaining putative classes against any other Defendant in this litigation.

Based on the foregoing, Plaintiff and CenterEdge respectfully request that all current deadlines be suspended—as to Plaintiff and CenterEdge only—pending the resolution of the filing of the proposed Settlement Agreement and motions for preliminary and final approval.

1

| | |
|---|---|
| **Dated:** January 24, 2023 | Respectfully submitted, |
| MADISYN STAUFFER | PATHFINDER SOFTWARE, LLC D/B/A<br>CENTEREDGE SOFTWARE, LLC |
| By: /s/ *Kevin P. Green*<br>    One of her attorneys | By: /s/ *Thomas M. Wolf (with consent)*<br>    One of its attorneys |
| Kevin P. Green, #6299905<br>Richard S. Cornfeld, #0519391<br>Daniel Scott Levy, #6315524<br>Thomas C. Horscroft, #06327049<br>**Goldenberg Heller & Antognoli, P.C.**<br>2227 South State Route 157<br>Edwardsville, Illinois 62025<br>(618) 656-5150<br>kevin@khalaw.com<br>rick@ghalaw.com<br>daniel@ghalaw.com<br>thorscroft@ghalaw.com | Thomas M. Wolf<br>Josh M. Kantrow<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>550 West Adams Street, Suite 300<br>Chicago, Illinois 60661<br>(312) 345-1718<br>thomas.wolf@lewisbrisbois.com<br>josh.kantrow@lewisbrisbois.com |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 24, 2023, the foregoing document was filed electronically with the Clerk of Court and served upon all counsel of record via the Court's electronic notification system.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Kevin P. Green*